

ORIGINAL

HARRINGTON, FOXX, DUBROW & CANTER, LLP
DALE B. GOLDFARB, State Bar No. 65955
KEVIN R. WARREN, State Bar No. 242238
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
E-Mail dgoldfarb@hfdclaw.com
kwarren@hfdclaw.com

Attorneys for Defendants, THE HUMANE SOCIETY OF THE UNITED STATES, THE HUMANE SOCIETY INTERNATIONAL, WAYNE PACELLE, ANDREW ROWAN, ROGER KINDLER

FILED

07 DEC -5 PM 3: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

FILE BY FAX

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

'07 CV 2284 DMS (NLS)

| | |
|---|---|
| KARIN ANNE HOAD, an individual, SCHOOL IN THE CLOUDS ASSISI, a California corporation, ASOCIACION ESCUELA EN LA NUBES ASIS, a Costa Rica asociacion, ASOCIACION FUNDO DE NATO ASIS, a Costa Rica asociacion,<br><br>Plaintiffs,<br><br>v.<br><br>HUMANE SOCIETY OF THE UNITED STATES, a corporation, HUMANE SOCIETY INTERNATIONAL, a corporation, WAYNE PACELLE, an individual, ANDREW ROWAN, an individual, ROGER KINDLER, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.<br><br>Action Filed: November 8, 2007<br><br>**NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT** |

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants THE HUMANE SOCIETY OF THE UNITED STATES, THE HUMANE SOCIETY INTERNATIONAL, WAYNE PACELLE, ANDREWE ROAWAN and ROGER KINDLER, have hereby removed the subject action from the Superior Court of the State of California for the County



HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

of San Diego to the United States District Court for the Southern District of California, San Diego Division, United States Courthouse, 880 Front Street, San Diego, California. A copy of the Notice of Removal of Civil Action is being served upon you concurrently herewith.

PLEASE ALSO TAKE NOTICE that a copy of the Notice of Removal will be filed with the Clerk of the Superior Court of the State of California in and for the County of San Diego, Hall of Justice, 330 W. Broadway, San Diego, California 92101-3827.

DATED: December 5, 2007

HARRINGTON, FOXX, DUBROW & CANTER, LLP
DALE B. GOLDFARB
KEVIN R. WARREN

By: ______________________
KEVIN R. WARREN
Attorneys for Defendants, THE HUMANE SOCIETY OF THE UNITED STATES, THE HUMANE SOCIETY INTERNATIONAL, WAYNE PACELLE, ANDREW ROWAN, ROGER KINDLER

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On December 5, 2007, I served the foregoing document described as **NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Robert Hoad, Esq.
Robert Hoad, A Professional Law Corporation
21 Green Turtle Road
Coronado, CA 92118
Tel: (619) 575-1238
Fax: (619) 575-1238
E-mail: rhoad@earthlink.net

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on December 5, 2007, at Los Angeles, California.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

MARTHA M. SUNIGA

F:\CASE\HSUS.3162\SERVICE\POS.wpd