ORIGINAL

HARRINGTON, FOXX, DUBROW & CANTER, LLP
DALE B. GOLDFARB, State Bar No. 65955
KEVIN R. WARREN, State Bar No. 242238
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
E-Mail   dgoldfarb@hfdclaw.com
         kwarren@hfdclaw.com

Attorneys for Defendants, THE HUMANE SOCIETY OF THE UNITED STATES, THE HUMANE SOCIETY INTERNATIONAL, WAYNE PACELLE, ANDREW ROWAN, ROGER KINDLER

FILED
07 DEC -5 PM 3:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

FILE BY FAX

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

KARIN ANNE HOAD, an individual, SCHOOL IN THE CLOUDS ASSISI, a California corporation, ASOCIACION ESCUELA EN LA NUBES ASIS, a Costa Rica asociacion, ASOCIACION FUNDO DE NATO ASIS, a Costa Rica asociacion,

   Plaintiffs,

   v.

HUMANE SOCIETY OF THE UNITED STATES, a corporation, HUMANE SOCIETY INTERNATIONAL, a corporation, WAYNE PACELLE, an individual, ANDREW ROWAN, an individual, ROGER KINDLER, an individual, and DOES 1 through 100, inclusive,

   Defendants.

CASE NO. '07CV 2284 DMS (NLS)

Action Filed:   November 8, 2007

**NOTICE OF INTERESTED PARTIES**

   The undersigned, counsel of record for defendants, THE HUMANE SOCIETY OF THE UNITED STATES, THE HUMANE SOCIETY INTERNATIONAL, WAYNE PACELLE, ANDREW ROWAN and ROGER KINDLER, certifies that the following listed parties have a direct, pecuniary

F:\CASE\HSUS.3162\Removal\Notice of Interested Parties (Federal).wpd   -1-

interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Karin Anne Hoad, an individual | Plaintiff |
| School in the Clouds Assisi, a California Corporation | Plaintiff |
| Asociacion Escuela en la Nubes Asis, a Costa Rica Asociacion | Plaintiff |
| Asociacion Fundo de Nato Asis, a Costa Rica Asociacion | Plaintiff |
| Humane Society of the United States, a Delaware Corporation | Defendant |
| Humane Society International, a District of Columbia Corporation | Defendant |
| Wayne Pacelle, an individual | Defendant |
| Andrew Rowan, an individual | Defendant |
| Roger Kindler, an individual | Defendant |

DATED: December 5, 2007

HARRINGTON, FOXX, DUBROW & CANTER, LLP
DALE B. GOLDFARB
KEVIN R. WARREN

By: _____
KEVIN R. WARREN
Attorneys for Defendants, THE HUMANE SOCIETY OF THE UNITED STATES, THE HUMANE SOCIETY INTERNATIONAL, WAYNE PACELLE, ANDREW ROWAN, ROGER KINDLER

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On December 5, 2007, I served the foregoing document described as **NOTICE OF INTERESTED PARTIES** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Robert Hoad, Esq.
Robert Hoad, A Professional Law Corporation
21 Green Turtle Road
Coronado, CA 92118
Tel: (619) 575-1238
Fax: (619) 575-1238
E-mail: rhoad@earthlink.net

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on December 5, 2007, at Los Angeles, California.

☒   (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.



MARTHA M. SUNIGA

F:\CASE\HSUS.3162\SERVICE\POS.wpd