HARRINGTON, FOXX, DUBROW & CANTER, LLP
DALE B. GOLDFARB, State Bar No. 65955
KEVIN R. WARREN, State Bar No. 242238
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone: (213) 489-3222
E-Mail: dgoldfarb@hfdclaw.com
        kwarren@hfdclaw.com

Attorneys for HUMANE SOCIETY OF THE UNITED STATES, HUMANE SOCIETY INTERNATIONAL, WAYNE PACELLE, ANDREW ROWAN, ROGER KINDLER

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN ANNE HOAD, an individual, SCHOOL IN THE CLOUDS ASSISI, a California corporation, ASOCIACION ESCUELA EN LA NUBES ASIS, a Costa Rica asociacion, ASOCIACION FUNDO DE NATO ASIS, a Costa Rica asociacion,<br><br>Plaintiffs,<br><br>v.<br><br>HUMANE SOCIETY OF THE UNITED STATES, a corporation, HUMANE SOCIETY INTERNATIONAL, a corporation, WAYNE PACELLE, an individual, ANDREW ROWAN, an individual, ROGER KINDLER, an individual, and DOES 1 through 100; inclusive,<br><br>Defendants. | CASE NO. 07CV 2284 DMS (NLS)<br><br>Hon. Dana M. Sabraw<br><br>Action Filed: November 8, 2007<br><br>**DECLARATION OF WAYNE PACELLE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P. 12(b)(2)**<br><br>[Filed concurrently with Defendants Pacelle, Rowan and Kindler's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to F.R.C.P. 12(b)(2)]<br><br>Date: February 15, 2008<br>Time: 1:30 p.m. |

### DECLARATION OF WAYNE PACELLE

I, Wayne Pacelle, hereby declare as follows:

1. I am a named defendant in this action. I am an individual over the age of eighteen (18) years, competent to testify to the matters stated herein, and make this declaration from personal knowledge of those matters.

F:\CASE\HSUS.3162\PLEADINGS\MTD 2 (12(b)(2)) Decl. of Pacelle.wpd   -1-

2. I am employed as the President and Chief Executive Officer of the Humane Society of the United States, my business office being located at 2100 L Street, NW Washington, D.C. I have held that position since June 1, 2004.

3. I am currently a resident, and I have been a resident of, the District of Colombia since July, 2007. Prior to July, 2007, I lived in the State of Maryland from 2004 to July, 2007, in the District of Columbia from 1999 to 2004, and in the State of Maryland from 1991 to 1999.

4. I have never owned, possessed, controlled, leased, or maintained any residence in California.

5. As an individual, I have never operated any business entity or solicited any business in California.

6. I have never registered a vehicle in California.

7. I have never maintained a bank account in California.

8. I have never been required to pay, or paid, taxes to the State of California.

9. I have never brought or defended a lawsuit in California.

10. I have never maintained a telephone number in California.

11. None of the alleged acts or omissions for which plaintiffs seek to hold me liable in this action occurred in California.

12. I did not take any action related to the claims of the plaintiffs in California, nor did I direct any such act toward California.

13. The alleged defamatory statement in plaintiffs' Complaint was not made by me, was not directed at California, and was made in the course of litigation in Costa Rica.

14. The real property referred to in plaintiffs' Complaint is located in Costa Rica.

F:\CASE\HSUS.3162\PLEADINGS\MTD 2 (12(b)(2)) Decl. of Pacelle.wpd   -2-

15. Litigating this action in California would pose a significant hardship to me because I live across the continent in the District of Columbia. I would be forced to disrupt my professional and personal life because, to properly participate in my own defense, I would need to regularly travel back and forth between my home and California.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this __10__ day of December, 2007 at Washington, District of Columbia.

*/s/ Wayne Pacelle*

_____
WAYNE PACELLE
Declarant

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\HSUS.3162\PLEADINGS\MTD 2 (12(b)(2)) Decl. of Pacelle.wpd   -3-

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

    On January 4, 2008, I served the foregoing document described as **DECLARATION OF WAYNE PACELLE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P. 12(b)(2)** on all interested parties in this action by electronically filing this document with the Court and also by mailing a paper copy to the following parties who do not appear to be registered with the court's Electronic system to the following parties:

Robert Hoad, Esq.
Robert Hoad, A Professional Law Corporation
21 Green Turtle Road
Coronado, CA 92118
Tel: (619) 575-1238
Fax: (619) 575-1238
E-mail: rhoad@earthlink.net
Attorney for Plaintiff

BY MAIL AS FOLLOWS:

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or

///
///
///
///

F:\CASE\HSUS.3162\PLEADINGS\MTD 2 (12(b)(2)) Decl. of Pacelle.wpd   -1-

1  postage meter date is more than one day after date of deposit for mailing in
2  affidavit.
3          Executed on January 4, 2008, at Los Angeles, California.
4  ☒    (Federal)    I declare that I am employed in the office of a member of the bar
5                    of this Court at whose direction the service was made.

                                            /S/
                                            MARTHA M. SUNIGA

F:\CASE\HSUS.3162\PLEADINGS\MTD 2 (12(b)(2)) Decl. of Pacelle.wpd   -2-

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222