# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN ANNE HOAD, et al.,<br><br>                         Plaintiffs,<br>vs.<br><br>HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>                         Defendants. | CASE NO. 07-CV-2284-DMS (NLS)<br><br>ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION TO REMAND |

Defendants removed this action on December 5, 2007 and contacted the Court to arrange an informal telephonic conference on their motion to dismiss pursuant to Chamber's Civil Pretrial Rule 6(A). When Plaintiffs elected to move to remand, the Court waived the requirement that the parties attempt to resolve the Rule 12(b) motion informally or appear for a in-chambers conference; however, the time for Defendants' Rule 12 filing has been tolled as set forth in Chamber's Rule 6(A). Defendants filed their Rule 12(b) motions on January 4, 2008 (Plaintiffs' motion to remand was accepted for filing with a discrepancy order.)

The Court has scheduled a hearing on these motions for February 15, 2008 at 1:30 p.m. in Courtroom 10. The Court sets the following special briefing schedule: opposition briefs shall be filed on or before **January 28, 2008** and reply briefs shall be filed on or before **February 4, 2008.**

**IT IS SO ORDERED.**

DATED: January 8, 2008

                                               HON. DANA M. SABRAW
                                               United States District Judge