1  Robert Hoad, California State Bar No. 063360
   Robert Hoad, A Professional Law Corporation*
2  21 Green Turtle Road
   Coronado, California 92118
3  Telephone: (619) 575-1238
   Voice Mail: (619) 575-1238
4  Email: rhoad@earthlink.net

5

6  Attorney for Plaintiffs, and each of them



## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN ANNE HOAD, an individual, et al ) | CASE NO. '07 CV 2284 DMS |
| ) | |
| Plaintiffs ) | **Hon. Judge Dana M. Sabraw** |
| ) | |
| v. ) | Notice of Hearing on Plaintiffs' |
| ) | MOTION TO REMAND |
| HUMANE SOCIETY OF THE UNITED ) | |
| STATES, a corporation, et. al., ) | Friday February 15, 2008 |
| ) | 1:30 p.m., Courtroom 10 |
| Defendants ) | |

TO: Defendants, and each of them, and their attorneys of record: Harrington, Foxx, Dubrow &Cantor, L.L.P., and each of them, at 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

Please note that the above captioned matter has be set for oral hearing on written motion: Plaintiffs' Motion to Remand said case to the Court and Judge of original filing as a "complex case", The Superior Court of California, San Diego, California.

Said Motion will be heard before the Honorable Judge Dana M. Sabraw, on

Page 1 of 2



1  Friday, February 15, 2008 at 1:30 p.m., Courtroom 10 of the Federal Courthouse, 940
2  Front Street, San Diego, California 92101.

                                    _____
                                    Robert Hoad, Attorney for Plaintiffs

6  * in the process of being activated by the appropriate state agencies!

Hoad v. HSUS, United States District Court for the Southern District of California
Case No. '07 CV 2284 DMS - Notice of Hearing

Page 2 of 2