# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED

08 JAN 23 PM 1:08

*This space for Clerk's Office File Stamp*

CLERK U.S. DISTRICT COURT

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Hon. Sabraw

FROM: P. Dela Cruz, Deputy Clerk        RECEIVED DATE: 1/18/2008

CASE NO.: 07cv2284 DMS(NLS)    DOCUMENT FILED BY: Plaintiffs                DEPUTY

CASE TITLE: Hoad, et al. V. Humane Society, et al.

DOCUMENT ENTITLED: Motion for Extension of Time to Oppose

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| X | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

Date forwarded: 1/18/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to ~~pro se or inmate~~ counsel? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Sabraw

Dated: 1/23/08        By: MM

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

REJECTED

```
1  Robert Hoad, California Bar No. 063360
   Robert Hoad, A Professional Law Corporation*
2  21 Green Turtle Road
   Coronado, California 92118
3  Telephone: (619) 575-1238
   Voice Mail: (619) 575-1238
4  Email: rhoad@earthlink.net
5
   Attorney for plaintiffs and each of them
6
```

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karin Anne Hoad, an individual; School in the Clouds Assisi, a California Corporation; Asociación Escuela en las Nubes Asís, a Costa Rica asociación; Asociación Fundo de Ñato Asís, a Costa Rica asociación;<br><br>        Plaintiffs,<br><br>v.<br><br>Humane Society of the United States [HSUS], a corporation; Humane Society International [HSI], a corporation; Wayne Pacelle, an individual; Andrew Rowan, an individual; Roger Kindler, an individual; and DOES 1 through 100, inclusive;<br><br>        Defendants. | Case No. '07 CV 2284 DMS<br><br>Hon. Judge Dana M. Sabraw<br><br>**Motion for Extension of Time to Oppose Defendants Motion to Dismiss Actions**<br><br><br><br>Friday, February 15, 2008<br>1:30 P.M., Courtroom 10 |

I, Robert Hoad, **declare**:

1. I am attorney for plaintiffs in this action and I have personal knowledge of each fact stated in this declaration.

2. Plaintiffs have acted with reasonable diligence in protecting their interests in the complaint they filed in the San Diego County Superior Court, Central Division, Case No. 37-2007-00081416-CU-DF-CTL. as a "complex" case under Rule 3.400 of the

1