HARRINGTON, FOXX, DUBROW & CANTER, LLP
DALE B. GOLDFARB, State Bar No. 65955
KEVIN R. WARREN, State Bar No. 242238
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone: (213) 489-3222
E-Mail: dgoldfarb@hfdclaw.com
          kwarren@hfdclaw.com

Attorneys for HUMANE SOCIETY OF THE
UNITED STATES, HUMANE SOCIETY
INTERNATIONAL, WAYNE PACELLE,
ANDREW ROWAN, ROGER KINDLER

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN ANNE HOAD, an individual, SCHOOL IN THE CLOUDS ASSISI, a California corporation, ASOCIACION ESCUELA EN LA NUBES ASIS, a Costa Rica asociacion, ASOCIACION FUNDO DE NATO ASIS, a Costa Rica asociacion,<br><br>Plaintiffs,<br><br>v.<br><br>HUMANE SOCIETY OF THE UNITED STATES, a corporation, HUMANE SOCIETY INTERNATIONAL, a corporation, WAYNE PACELLE, an individual, ANDREW ROWAN, an individual, ROGER KINDLER, an individual, and DOES 1 through 100; inclusive,<br><br>Defendants. | CASE NO. 07CV 2284 DMS (NLS)<br><br>Hon. Dana M. Sabraw<br><br>Action Filed:   November 8, 2007<br><br>**NOTICE OF PLAINTIFF'S FAILURE TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT IN LIEU OF DEFENDANT'S REPLY**<br><br>**Special Briefing Schedule Ordered**<br><br>Date:   February 15, 2008<br>Time:   1:30 p.m. |

TO THE COURT AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

In lieu of their Replies, Defendants, The Humane Society of the United States, Humane Society International, Wayne Pacelle, Andrew Rowan and Roger Kindler, file this Notice of plaintiffs' failure to oppose the following motions:

1. DEFENDANTS' MOTION TO DISMISS DUE TO THE COURT'S LACK OF SUBJECT MATTER JURISDICTION OVER PLAINTIFFS' SECOND AND FOURTH CAUSES OF ACTION PURSUANT TO F.R.C.P. 12(b)(1)

2. DEFENDANTS' MOTION TO DISMISS DUE TO PLAINTIFFS' FAILURE TO STATE CLAIMS FOR ITS FIRST, SECOND, THIRD AND FOURTH CAUSES OF ACTION UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. 12(b)(6)

3. DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' FIRST, SECOND, THIRD AND FOURTH CAUSES OF ACTION AND PLAINTIFFS' PRAYER FOR PUNITIVE DAMAGES, PURSUANT TO F.R.C.P. 12(f)

4. DEFENDANTS PACELLE, ROWAN AND KINDLER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P. 12(b)(2)

On January 4, 2008, Defendants filed the aforementioned Motions. The Motions are set for hearing on February 15, 2008. Pursuant to the Court's Order Setting Briefing Schedule, Plaintiffs' Oppositions were due on or before January 28, 2008. As of February 4, 2008, Plaintiffs have not filed any oppositions to the Motions, nor have they properly requested the Court for a modification of the Order or a continuance of the hearing date. Pursuant to Local Rule 7.1.f.3.c., "If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court."

Because Plaintiffs failed to file any opposition to the Motions, and because defendants would be prejudiced by the untimely introduction of argument by

1  Plaintiffs, they should be prohibited from submitting late opposition papers and
2  from making any oral argument at the hearing of the Motions.  Because of the
3  previously stated reasons, defendants' Motions should be granted in their entirety.
4
5  DATED: February 4, 2008
6                              HARRINGTON, FOXX, DUBROW & CANTER, LLP
7
8                              By:   s/ Kevin R. Warren
                                     DALE B. GOLDFARB
9                                    KEVIN R. WARREN
                                     Attorneys for HUMANE SOCIETY OF THE
10                                   UNITED STATES, HUMANE SOCIETY
                                     INTERNATIONAL, WAYNE PACELLE,
11                                   ANDREW ROWAN, ROGER KINDLER

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On February 4, 2008, I served the foregoing document described as **NOTICE OF PLAINTIFF'S FAILURE TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT IN LIEU OF DEFENDANT'S REPLY** on all interested parties in this action by electronically filing this document with the Court and also by mailing a paper copy to the following parties who do not appear to be registered with the court's Electronic system to the following parties:

Robert Hoad, Esq.
Robert Hoad, A Professional Law Corporation
21 Green Turtle Road
Coronado, CA 92118
Tel: (619) 575-1238
Fax: (619) 575-1238
E-mail: rhoad@earthlink.net
Attorney for Plaintiff

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or

/ / /

/ / /

/ / /

/ / /

F:\CASE\HSUS.3162\PLEADINGS\Notice of No Opp From Plaintiff.wpd   -1-

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

1 | postage meter date is more than one day after date of deposit for mailing in affidavit.
2 | Executed on February 4, 2008, at Los Angeles, California.
3 | ☒   (Federal)   I declare that I am employed in the office of a member of the bar
4 | of this Court at whose direction the service was made.

                                        s/Martha M. Suniga
                                        MARTHA M. SUNIGA

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\HSUS.3162\PLEADINGS\Notice of No Opp From Plaintiff.wpd   -2-