# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN ANNE HOAD, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>　vs.<br>HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 07cv2284 DMS(NLS)<br><br>**ORDER RE: ORAL ARGUMENT** |

Plaintiffs' motions to amend the complaint and remand this case to state court, and Defendants' motion to dismiss and strike are currently scheduled for hearing on February 15, 2008. Defendants have filed an opposition to Plaintiffs' motion, but Plaintiffs have not filed an opposition to Defendants' motion, and the deadline for doing so has passed. The Court finds these matters suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: February 5, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　United States District Judge