# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Karin Anne Hoad, an individual; School in the Clouds Assisi, a California corporation, Asociacion Escuela en la Nubes Asis, a Costa Rica asociacion, Asociacion Fundo De Nato Asis, a Costa Rica asociacion

V.

Humane Society of the United States, a corporation, Humane Society International, a corporation, Wayne Pacelle, an individual, Andrew Rowan, an individual, Roger Kindler, an individual, and DOES 1 through 100; inclusive

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 07CV2284-DMS-NLS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' motion to dismiss the Complaint for failure to state a claim pursuant to Rule 12(b)(6) is Granted. The Court therefore Denies the remainder of Defendants' motions to dismiss as moot. Plaintiffs' request for attorney's fees, "motion for court to report false claim for removal" and all other outstanding motions and requests are Denied.

| April 2, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ L Odierno
(By) Deputy Clerk

ENTERED ON April 2, 2008