HARRINGTON, FOXX, DUBROW & CANTER, LLP
DALE B. GOLDFARB, State Bar No. 65955
KEVIN R. WARREN, State Bar No. 242238
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone: (213) 489-3222
E-Mail: dgoldfarb@hfdclaw.com
        kwarren@hfdclaw.com

Attorneys for HUMANE SOCIETY OF THE UNITED STATES, HUMANE SOCIETY INTERNATIONAL, WAYNE PACELLE, ANDREW ROWAN, ROGER KINDLER

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARIN ANNE HOAD, an individual, SCHOOL IN THE CLOUDS ASSISI, a California corporation, ASOCIACION ESCUELA EN LA NUBES ASIS, a Costa Rica asociacion, ASOCIACION FUNDO DE NATO ASIS, a Costa Rica asociacion,<br><br>Plaintiffs,<br><br>v.<br><br>HUMANE SOCIETY OF THE UNITED STATES, a corporation, HUMANE SOCIETY INTERNATIONAL, a corporation, WAYNE PACELLE, an individual, ANDREW ROWAN, an individual, ROGER KINDLER, an individual, and DOES 1 through 100; inclusive,<br><br>Defendants. | CASE NO. 07CV 2284 DMS (NLS)<br><br>Hon. Dana M. Sabraw<br><br>Action Filed: November 8, 2007<br><br>**NOTICE OF DEFENDANTS' APPLICATION TO THE CLERK TO TAX COSTS**<br><br>[Filed concurrently with Memorandum of Costs and Disbursements, Bill of Costs and Disbursements, Declaration of Kevin R. Warren] |

TO THE COURT, THE CLERK, AND THE PARTIES AND THEIR ATTORNEY OF RECORD:

Please take notice that on April 24, 2008, Defendants, as prevailing parties, will apply to the Clerk of the Court for the taxation of costs at 10 a.m. Defendants will request that the Clerk tax costs in the amount of $1,970.00 pursuant to the

accompanying bill of Costs and Disbursements, Memorandum in support thereof and the Declaration of Kevin R. Warren.  In compliance with Local Rule 54.1, this hearing is set at least fourteen days, and not more than twenty-one days, after the date of this Notice.

Defendants elect to appear telephonically at the hearing.  The Clerk's office has advised counsel for defendants that a notice will be served specifying the deadline for an opposition to be filed by plaintiffs if plaintiffs wish to oppose defendants' request.

DATED:  April 4, 2008          HARRINGTON, FOXX, DUBROW & CANTER, LLP
                               DALE B. GOLDFARB
                               KEVIN R. WARREN


                         By:   /s/ Kevin R. Warren
                               KEVIN R. WARREN
                               Attorneys for HUMANE SOCIETY OF THE
                               UNITED STATES, HUMANE SOCIETY
                               INTERNATIONAL, WAYNE PACELLE,
                               ANDREW ROWAN, ROGER KINDLER

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\HSUS.3162\PLEADINGS\Costs\Notice of App. for Costs.wpd   -2-