1  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   DALE B. GOLDFARB, State Bar No. 65955
2  KEVIN R. WARREN, State Bar No. 242238
   1055 West Seventh Street, 29th Floor
3  Los Angeles, California 90017-2547
   Telephone:  (213) 489-3222
4  E-Mail:  dgoldfarb@hfdclaw.com
           kwarren@hfdclaw.com
5
   Attorneys for HUMANE SOCIETY OF THE
6  UNITED STATES, HUMANE SOCIETY
   INTERNATIONAL, WAYNE PACELLE,
7  ANDREW ROWAN, ROGER KINDLER

8              UNITED STATES DISTRICT COURT

9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 KARIN ANNE HOAD, an individual,    ) CASE NO.  07CV 2284 DMS (NLS)
   SCHOOL IN THE CLOUDS ASSISI, a     )
12 California corporation, ASOCIACION  ) Hon. Dana M. Sabraw
   ESCUELA EN LA NUBES ASIS, a         )
13 Costa Rica asociacion, ASOCIACION   ) Action Filed:        November 8, 2007
   FUNDO DE NATO ASIS, a Costa Rica    )
14 asociacion,                         )
                                       ) **MEMORANDUM OF COSTS AND
15           Plaintiffs,               ) DISBURSEMENTS**
                                       )
16      v.                             ) [Filed concurrently with Notice of
                                       ) Application, Bill of Costs and
17 HUMANE SOCIETY OF THE UNITED        ) Disbursements, Declaration of Kevin R.
   STATES, a corporation, HUMANE       ) Warren]
18 SOCIETY INTERNATIONAL, a            )
   corporation, WAYNE PACELLE, an      )
19 individual, ANDREW ROWAN, an        )
   individual, ROGER KINDLER, an       )
20 individual, and DOES 1 through 100; )
   inclusive,                          )
21                                     )
             Defendants.               )
22 _____    )

23

24      Defendants, HUMANE SOCIETY OF THE UNITED STATES, HUMANE

25 SOCIETY INTERNATIONAL, WAYNE PACELLE, ANDREW ROWAN and

26 ROGER KINDLER, through their attorneys of record, submit this Memorandum in

27 support of their concurrently filed Bill of Costs and Disbursements.  This

28 Memorandum is in support of costs for items specifically allowed pursuant to 28

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

U.S.C., Section 1920 et seq., Federal Rule of Civil Procedure 54(d)(1) and U.S.D.C., Southern District, Local Civil Rule 54.1.  All supporting documents are attached hereto.  The following costs are hereby respectfully submitted:

**1.    DEFENDANTS ARE THE PREVAILING PARTIES IN THIS MATTER AND AS SUCH ARE ENTITLED TO RECOVER THOSE OF THEIR COSTS SPECIFICALLY ALLOWED BY STATUTE OR RULE**

On February 5, 2008, the Court took under submission without oral argument, Defendants' Motion to Dismiss Plaintiffs' Complaint as well as Plaintiff's various Motions.  The Court dismissed Plaintiffs' Complaint for failure to state a claim pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6).

Plaintiffs' Motion for Leave to Amend was granted as to plaintiffs' proposed causes of action and denied as to their proposed additional parties.  Plaintiffs were required by the Court to file an amended complaint, if any, on or before March 21, 2008.  Plaintiffs did not file an amended complaint by this date.  Pursuant to the Court's Order of March 13, 2008, dismissing plaintiffs' Complaint, Judgment was entered by the Clerk of the Court on April 2, 2008 (a true and correct copy of the Clerk's Judgment in a Civil Case is attached to the accompanying Declaration of Kevin R. Warren as Exhibit "A.")

Federal Rule of Civil Procedure, Rule 54(c)(1), states that,

Unless a federal statute, these rules, or a court order provides otherwise, costs–other than attorney's fees–should be allowed to the prevailing party.

Pursuant to the Judgment entered in this case in favor of defendants and against plaintiffs, defendants are the prevailing party and should be awarded their costs as allowed by statute.

///

///

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

**2.    FEES OF THE CLERK ARE ALLOWABLE COSTS PURSUANT TO**
**FEDERAL STATUTE**

28 U.S.C. 1914(a) states that,

> The clerk of each district court shall require the parties
> instituting any civil action, suit or proceeding in such
> court, whether by original process, removal or otherwise,
> to pay a filing fee of $350, except that on application for a
> writ of habeas corpus the filing fee shall be $5.

28 U.S.C. 1920 states that,

> A judge or clerk of any court of the United States may tax
> as costs the following:
> (1) Fees of the clerk and marshal;

Furthermore, Local Civil Rule 54.1(b)(10), addresses fees in cases removed from state court, stating,

> In a case removed from the state court, costs incurred in
> the state court prior to removal shall be recovered by the
> prevailing party in federal court to the extent they are
> covered in this rule or otherwise permitted by state law.

Defendant incurred the following costs by filing documents with this Court and the Superior Court of the State of California:

1.    $350.00    Clerk's fee for Defendant's removal to
                Federal Court, attached hereto as
                Exhibit "A";

2.    $1,600.00    Clerk's Appearance fees in the Superior
                Court of California, attached hereto as
                Exhibit "B."

///

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

1    Because the fees of the Clerk in both the federal and state courts are allowable

2    costs, defendants are entitled to recover all fees of the Clerk incurred in this action.

3

4    **3.    DEFENDANTS ARE ENTITLED TO RECOVER A DOCKET FEE OF**

5    **$20 PURSUANT TO FEDERAL STATUTE**

6    28 U.S.C. 1923, states,

7    Attorney's and proctor's docket fees in courts of the United

8    States may be taxed as costs as follows:

9

10    $20 on trial or final hearing (including a default judgment

11    whether entered by the court or by the clerk) in civil,

12    criminal, or admiralty cases . . ..

13    In this case, a final hearing was held on the papers submitted by all parties

14    and a final judgment resulted from the Court's consideration of the matter.  Said

15    judgment was entered by the Clerk on April 2, 2008.  As such, defendants are

16    entitled to recover a $20 docket fee.

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    **4.    CONCLUSION**

1    Wherefore, because defendants are the prevailing party in this action and as

2  each of the claimed costs is specifically allowed by statute, defendants respectfully

3  request that the Clerk of the Court award the aforementioned costs in the amount of

4  $1,970.00 to defendants.

5

6  DATED:  April 4, 2008          HARRINGTON, FOXX, DUBROW & CANTER, LLP
                                   DALE B. GOLDFARB
7                                  KEVIN R. WARREN

8

9                     By:     /s/ Kevin R. Warren
                                KEVIN R. WARREN
10                             Attorneys for HUMANE SOCIETY OF THE
                               UNITED STATES, HUMANE SOCIETY
11                             INTERNATIONAL, WAYNE PACELLE,
                               ANDREW ROWAN, ROGER KINDLER
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

**EXHIBIT A**

# RAPID LEGAL
*File & Serve Solutions!*

Please Remit Payment to: 1199 Monterey Pass Road
Monterey Park, CA 91754
Fax (323) 526-7377 ~ (323) 526- 7300
FED Tax# 95-4470545

# INVOICE

| INVOICE NUMBER |
|---|
| 591406 |

BILL TO: 10440
HARRINGTON, FOXX, DUBROW
AND CANTER
1055 W.SEVENTH ST. 29 FL
LOS ANGELES CA 90017

ATTENTION: MARTHA M SUNIGA
CLIENT FILE #: HSUS.3162

REQUESTED BY:

CASE TITLE: HOAD v HUMANE SOCIETY OF THE UNITED STATES
CASE #: UNASSIGNED

COURT: District Court
Southern District, San Diego

## FILE INFORMATION

DATE:    03:18 PM
TIME:
COMPLETED BY:   JILL GARDNER

## DOCUMENTS

1. Notice of Removal of Civil Action to USDC
Demand for Jury Trial
2. Notice to adverse Parites of Removal to Fed. Ct.

## BILLING INFORMATION

| | |
|---|---|
| SERVICE FEE | 144.75 |
| FEES ADVANCED - CHECK # 43870 | 350.00 |
| ADVANCE ADMINISTRATION FEE | 24.50 |

POSTED
DEC 1 2007
HARRINGTON, FOXX, DUBROW
& CANTER

**PLEASE APPROVE
& FORWARD TO
ACCOUNTS PAYABLE
FOR PAYMENT**

OK

| BILLING DATE: | 12/06/07 | TOTAL AMOUNT DUE >>>> | 519.25 |
|---|---|---|---|

If paying by invoice, please indicate invoice number. If statement client - this invoice will appear on your monthly statement. All invoices are considered correct if not disputed within five business days to Rapid Legal Service.

Please charge invoice #591406 to my credit card: VISA _____  M/C _____  AMEX _____

Card #: _____    Exp. Date: _____

Address#: _____

Name on Card: _____    Signature: _____    Card V/Code: _____

## File - Work Order and Job Confirmation

Your Tracking#: 591406          Date/Time Printed: 12/05/07 / 14:11

Fax this cover page and documents for filing to 619-276-4148 by 3:00pm to guarantee same day service or Overnight to Rapid Legal Branch Office listed below. If after deadline, call Rapid Legal branch to check availability.

**Service Level - Priority**

| | |
|---|---|
| SAN DIEGO BRANCH | Invoice# 591406 |
| 110 WEST C STREET | Sort Code Southern District, San Diego |
| SUITE 806 | Job Type File |
| SAN DIEGO, CA 92101 | Documents 4 |
| 619-276-4160 | Fax Pages 33 |

**Contact Information**

| | | | |
|---|---|---|---|
| Customer Number | 10440 | Phone# | 213-489-3222 |
| Customer Name | HARRINGTON, FOXX, DUBROW | Fax# | 213-622-4253 |
| Contact Name | MARTHA M SUNIGA | Secretary Email | MSUNIGA@HFDCLAW.COM |
| Attorney | KEVIN WARREN | Attorney Email | KWARREN@HFDCLAW.COM |
| Third Party Billing | NONE | File# | HSUS.3162 |

**Case Information**

| | | | |
|---|---|---|---|
| Case# | UNASSIGNED | Court | Federal |
| Plaintiff | HOAD | County | District Court |
| Defendant | HUMANE SOCIETY OF THE UNITED STATES, ETC. | Branch | Southern District, San Diego |
| Appearance Fee Paid? | NO | Please Advance any filing Fees | YES $350.00 |

Documents to file: 01- 1. Notice of Removal of Civil Action to USDC  02- Demand for Jury Trial  03- 2. Notice to adverse Parites of Removal to Fed. Ct.  04- 3. Notice of Interested Parties  05- 4. Civil Cover Sheet

**Customers Instructions**

Special Instructions: Please conform face sheets of docs (4) as to date filed and return conformed copies - need by tomorrow - can be e-mailed. Please advance filing fee.thanksmms.

| | | | |
|---|---|---|---|
| Last Day to File | 12/5/2007 | Hearing Date, Time & Dept | / |
| Email To | Contact | Return Via | Fax |

**Rapid Legal employee use only (Check and complete all that apply)**

| | |
|---|---|
| ☐ Confirmation Sent by _____ @ _____   ☐ Reveiwed by _____ | **Charges** |
| Date:_____ Time:_____ Emp#:_____  ☐ Adv. Filing Fee $_____ Ck#:_____ | |
| ☐ Filed ☐ Rec'd/Lodged ☐ at Window ☐ In Dept. _____ | |
| ☐ SASE Clerk will mail ☐ Order Rec'd, Pick up at time of hearing date:_____ | |
| ☐ Delivered Courtesy Copy to_____ Trips to Court ☐ ☐ ☐ Time spent ☐ ☐ ☐ | |
| ☐ Filing Rejected- Spoke with_____ on _____ ☐ Return ☐ Hold ☐ Correct | |

11692

**EXHIBIT B**

# RAPID LEGAL
*File & Serve Solutions*

Please Remit Payment to:    1199 Monterey Pass Road
Monterey Park, CA 91754
Fax (323) 526-7377 ~ (323) 526-7300
FED Tax# 95-4470545

# INVOICE

| INVOICE NUMBER |
| --- |
| 591505 |

BILL TO: 10440
HARRINGTON, FOXX, DUBROW
AND CANTER
1055 W. SEVENTH ST. 29 FL
LOS ANGELES CA 90017

ATTENTION: MARTHA M SUNIGA
CLIENT FILE #: HSUS.3162

REQUESTED BY:

CASE TITLE: HOAD v HUMANE SOCIETY OF THE UNITED STATES    COURT: San Diego
CASE #: 37200700081416                                    Central - Hall Of Justice

## FILE INFORMATION

| | |
| --- | --- |
| DATE: | 12/06/07 |
| TIME: | 03:00 PM |
| COMPLETED BY: | JILL GARDNER |

## DOCUMENTS

(1) Notice of Removal of Civil Action to USDC (2) Notice to Adverse Pa

## BILLING INFORMATION

| | |
| --- | --- |
| SERVICE FEE | 77.75 |
| FEES ADVANCED - CHECK # 43871 | 1600.00 |
| ADVANCE ADMINISTRATION FEE | 112.00 |

POSTED
DEC 1 ? 2007
HARRINGTON, FOXX, DUBROW & CANTER

PLEASE APPROVE
& FORWARD TO
ACCOUNTS PAYABLE
FOR PAYMENT

| BILLING DATE: | 12/07/07 | TOTAL AMOUNT DUE >>>> | 1789.75 |
| --- | --- | --- | --- |

If paying by invoice, please indicate invoice number. If statement client - this invoice will appear on your monthly statement. All invoices are considered correct if not disputed within five business days to Rapid Legal Service.

Please charge invoice #591505 to my credit card: VISA ____ M/C ____ AMEX ____

Card #: _____    Exp. Date: _____

Address#: _____    Card V/Code: _____

Name on Card: _____    Signature: _____

File – Work Order and Job Confirmation

Your Tracking#: 591505          Date/Time Printed: 12/06/07 / 09:42

Fax this cover page and documents for filing to 619-276-4148 by 3:00p to guarantee same day service or Overnight to Rapid Legal Branch Office listed below. If after deadline, call Rapid Legal branch to check availability.

| Service Level – Same Day | | |
|---|---|---|
| SAN DIEGO BRANCH | Invoice# | 591505 |
| 110 WEST C STREET | Sort Code | Central - Hall Of Justice |
| SUITE 806 | Job Type | file |
| SAN DIEGO, CA 92101 | Documents | 2 |
| 619-276-4160 | Fax Pages | 33 |

| Contact Information | | | |
|---|---|---|---|
| Customer Number | 10440 | Phone# | 213-489-3222 |
| Customer Name | HARRINGTON, FOXX, DUBROW | Fax# | 213-622-4253 |
| Contact Name | MARTHA M SUNIGA | Secretary Email | MSUNIGA@HFDCLAW.COM |
| Attorney | KEVIN WARREN | Attorney Email | KWARREN@HFDCLAW.COM |
| Third Party Billing | NONE | File# | HSUS:3162 |

| Case Information | | | |
|---|---|---|---|
| Case# | 37200700081416 | Court | State |
| Plaintiff | HOAD | County | San Diego |
| Defendant | HUMANE SOCIETY OF THE UNITED STATES, ET AL. | Branch | Central - Hall Of Justice |
| Appearance Fee Paid? | NO | Please Advance any Filing Fees | YES $1600. (5 Defts.) |

Documents to file: 01- (1) Notice of Removal of Civil Action to USDC (2) Notice to Adverse Parties of Removal to Federal Court

| Customers Instructions | |
|---|---|
| Special Instructions: Please e-mail conformed copies back. thanks mms | |
| Last Day to File | 12/6/2007 |
| Email To: | Contact |
| Hearing Date, Time & Dept | |
| Return Via | Fax |

Rapid Legal employee use only (Check and complete all that apply)

☐ Confirmation Sent by _____ @_____      ☐ Reviewed by _____     | Charges |

Date:_____ Time:_____ Emp#:_____  ☐ Adv. Filing Fee $_____ Ck#:_____

☐ Filed ☐ Rec'd/Lodged ☐ at Window ☐ in Dept._____

☐ SASE Clerk will mail ☐ Order Rec'd, Pick up a time of hearing date:_____

☐ Delivered Courtesy Copy to_____ Trips to Court ☐ ☐ ☐ Time spent ☐ ☐ ☐

☐ Filing Rejected- Spoke with_____ on_____  ☐ Return ☐ Hold ☐ Correct

18975