HARRINGTON, FOXX, DUBROW & CANTER, LLP
DALE B. GOLDFARB, State Bar No. 65955
KEVIN R. WARREN, State Bar No. 242238
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone: (213) 489-3222
E-Mail: dgoldfarb@hfdclaw.com
        kwarren@hfdclaw.com

Attorneys for HUMANE SOCIETY OF THE UNITED STATES, HUMANE SOCIETY INTERNATIONAL, WAYNE PACELLE, ANDREW ROWAN, ROGER KINDLER

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN ANNE HOAD, an individual, SCHOOL IN THE CLOUDS ASSISI, a California corporation, ASOCIACION ESCUELA EN LA NUBES ASIS, a Costa Rica asociacion, ASOCIACION FUNDO DE NATO ASIS, a Costa Rica asociacion, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>HUMANE SOCIETY OF THE UNITED STATES, a corporation, HUMANE SOCIETY INTERNATIONAL, a corporation, WAYNE PACELLE, an individual, ANDREW ROWAN, an individual, ROGER KINDLER, an individual, and DOES 1 through 100; inclusive, <br><br>　　　　Defendants. | CASE NO. 07CV 2284 DMS (NLS) <br><br> Hon. Dana M. Sabraw <br><br> Action Filed: November 8, 2007 <br><br> **DECLARATION OF KEVIN R. WARREN IN SUPPORT OF DEFENDANTS' BILL OF COSTS AND DISBURSEMENTS** <br><br> [Filed concurrently with Notice of Application, Bill of Costs and Disbursements, Memorandum of Costs and Disbursements] |

## DECLARATION OF KEVIN R. WARREN

I, Kevin R. Warren, declare:

1. I am an attorney duly licensed to practice law in the State of California and I am admitted to practice before the United States District Court for the

1  Southern District of California. I am an associate at the law firm of Harrington,
2  Foxx, Dubrow & Canter, attorneys of record for defendants, HUMANE SOCIETY
3  OF THE UNITED STATES, HUMANE SOCIETY INTERNATIONAL, WAYNE
4  PACELLE, ANDREW ROWAN and ROGER KINDLER. I have personal
5  knowledge of the facts set forth herein, except as indicated upon information and
6  belief, and if called upon, I could and would competently testify thereto.

7      2.    I submit this Declaration in support of defendants' Bill of Costs and
8  Disbursements.

9      3.    On April 2, 2008, the Clerk entered Judgment in favor of defendants
10 against plaintiffs pursuant to the terms of the Court's Order on defendants' Motion to
11 Dismiss. A true and correct copy of the Clerk's Judgment is attached hereto as
12 Exhibit "A."

13     4.    The items in the Memorandum, filed herewith, are correctly stated to
14 the best of my knowledge and belief.

15     5.    The disbursements have been necessarily incurred in the case.

16     6.    The costs claimed are allowed by law to the best of my knowledge and
17 belief.

18 I declare under penalty of perjury under the laws of the United States of
19 America that the foregoing is true and correct.

20 Executed this 4th day of April, 2008, at Los Angeles, California.

                                                  /s/ Kevin R. Warren
                                                  Kevin R. Warren
                                                  Declarant

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

**EXHIBIT A**

Case 3:07-cv-02284-DMS-NLS   Document 20   Filed 04/02/2008   Page 1 of 1
Case 3:07-cv-02284-DMS-NLS   Document 21-4   Filed 04/04/2008   Page 4 of 4
AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Karin Anne Hoad, an individual; School in the Clouds Assisi, a California corporation, Asociacion Escuela en la Nubes Asis, a Costa Rica asociacion, Asociacion Fundo De Nato Asis, a Costa Rica asociacion

V.

Humane Society of the United States, a corporation, Humane Society International, a corporation, Wayne Pacelle, an individual, Andrew Rowan, an individual, Roger Kindler, an individual, and DOES 1 through 100; inclusive

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   07CV2284-DMS-NLS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' motion to dismiss the Complaint for failure to state a claim pursuant to Rule 12(b)(6) is Granted. The Court therefore Denies the remainder of Defendants' motions to dismiss as moot. Plaintiffs' request for attorney's fees, "motion for court to report false claim for removal" and all other outstanding motions and requests are Denied.

| April 2, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ L Odierno
(By) Deputy Clerk
ENTERED ON April 2, 2008

07CV2284-DMS-NLS