# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karin Anne Hoad, et al., <br><br> Plaintiff, <br><br> vs. <br><br> Humane Society of the US, et al., <br><br> Defendants. | CASE NO. 07CV2284-DMS(NLS) <br><br> **ORDER TAXING COSTS** |

Upon application of Humane Society of the US, et al., a hearing for taxation of costs was held on April 24, 2008 at 10:00 am. No appearance was made on behalf of the plaintiffs, and Kevin R. Warren, representing defendants, appeared telephonically. Plaintiffs did not file an opposition to this Bill of Costs. Costs are taxed as follows:

| *Description* | *Amount(s) Requested* | *Amount(s) Taxed* |
|---|---|---|
| Fees of the clerk | $1,950.00 | $1,950.00 |
| Fees for service of summons and subpoenas | | |
| Fees of the court reporter | | |
| Fees and disbursements for printing | | |
| Fees for witnesses | | |
| Fees for exemplification and copies | | |

| | | |
|---|---|---|
| Docket fees under 28 U.S.C. § 1923 | $20.00 | $20.00 |
| Costs incident to taking of depositions | | |
| Costs as shown on mandate of Court of Appeals | | |
| Other costs as itemized: | | |
| **TOTAL COSTS TAXED** in favor of Humane Society of the US, et al. | $1,970.00 | $1,970.00 |

Counsels' attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), F.R.Civ.P. and Local Rule 7.1, shall be served and filed within five (5) days after receipt of the Order Taxing Costs.

Dated: April 24, 2008

W. Samuel Hamrick, Jr., Clerk of Court

*S/N. Prewitt*
Nancy S. Prewitt, CRD Supervisor

cc:    All Parties